1  **Bruce A. Neilson #096952**
   **7108 N. Fresno St. #190**
2  **Fresno, California  93720**
   **Telephone (559) 432-9831**
3  **Facsimile (559) 432-1837**

4  **Attorney for Defendants**
   Gong & Young, Inc., a California
5  corporation, Tashjian, Inc., a California
   corporation, dba Baskin-Robbins #2033,
6  Dhillon Holdings Ltd, a California
7  corporation, dba Stop N Save Liquor; Rick
   Watson dba Yellow Dog Signs & Graphics

8

9                   **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11                              * * * * *

12 RONALD MOORE,                    )  CASE NO. 1:14-cv-00837-GSA
                                    )
13         Plaintiff,                )  SECOND STIPULATION TO EXTEND
                                    )  TIME FOR ALL DEFENDANTS TO
14 vs.                              )  RESPOND TO THE COMPLAINT;
                                    )  STIPULATION TO CONTINUE DATE
15                                  )  FOR MANDATORY SCHEDULING
   GONG & YOUNG, INC., a California  )  CONFERENCE TO AFFORD THE
16 corporation, aka GONG, CHUN & YOUNG, )  PARTIES AN OPPORTUNITY TO
   INC.; TASHJIAN, INC., a California )  FULLY EXPLORE SETTLEMENT;
17 corporation, dba BASKIN-ROBBINS #2033; )  ORDER
   DHILLON HOLDINGS LTD, a California )
18 corporation, dba STOP N SAVE LIQUOR; )
   RICK WATSON dba YELLOW DOG SIGNS )
19 & GRAPHICS;                      )
                                    )
20         Defendants.               )
                                    )
21 ─────────────────────────────────

22 WHEREAS:

23      1. Plaintiff Ronald Moore filed this action on May 30, 2014.

24      2. This is the second request for an extension of time for Defendants GONG & YOUNG,

25 INC., a California corporation, aka GONG, CHUN & YOUNG, INC.; TASHJIAN, INC., a

26 California corporation, dba BASKIN-ROBBINS #2033; DHILLON HOLDINGS LTD, a

27 California corporation, dba STOP N SAVE LIQUOR; RICK WATSON dba YELLOW DOG

28 SIGNS & GRAPHICS (collectively referred to "Defendants"). A previous extension of time was

granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3. Defendants and plaintiff have discussed settlement, the finalization of which requires review and discussion of a CASp report which has just recently been received by the parties. It is estimated it will take a couple of weeks to finalize a settlement, inasmuch as defendants' counsel has been out of the office for 10 days, returning August 18, 2014. The parties are confident a settlement can now be reached if an extension of time is granted to respond and the mandatory scheduling conference is continued.

4. The parties agree that settlement of this case would save valuable court time and resources.

NOW THEREFORE, Defendants through their attorney, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the time for all Defendants to answer or otherwise respond to the Complaint shall be extended up to and including September 22, 2014, pending court approval, and that the mandatory scheduling conference be continued to a date after October 3, 2014 at the Court's convenience, also pending court approval.

**IT IS SO STIPULATED.**

MOORE LAW FIRM, PC

Dated: August 19, 2014          /s/Tanya Moore
                                Tanya Moore, Attorney for Plaintiff Ronald Moore


Dated: August 19, 2014          /s/Bruce A. Neilson
                                Bruce A. Neilson, Attorney for Defendants
                                Gong & Young, Inc., a California corporation,
                                Tashjian, Inc., a California corporation, dba Baskin-
                                Robbins #2033, Dhillon Holdings Ltd, a California
                                corporation, dba Stop N Save Liquor; Rick Watson
                                dba Yellow Dog Signs & Graphics

Ronald Moore v. Gong & Young, Inc., et al.
Second Stipulation For Extension of Time & Continuance of MSC                Case No. 1:  14-cv-00837

2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Parties having so stipulated and good cause appearing, |
| 3 | IT IS HEREBY ORDERED that the mandatory scheduling conference in this action be |
| 4 | continued from September 4, 2014, to October 7, 2014 at 9:30a.m. in Courtroom 10 of the above |
| 5 | entitled court.  A joint scheduling report shall be filed no later than seven (7) days prior to this |
| 6 | date. |
| 7 | IT IS ALSO HEREBY ORDERED that the time for all Defendants to answer or otherwise |
| 8 | respond to the Complaint shall be extended up to and including September 22, 2014. |
| 9 | |
| 10 | IT IS SO ORDERED. |
| 11 | Dated:   **August 20, 2014**          /s/ Gary S. Austin |

UNITED STATES MAGISTRATE JUDGE

3

Ronald Moore v. Gong & Young, Inc., et al.
Second Stipulation For Extension of Time & Continuance of MSC               Case No. 1:   14-cv-00837